**JUDGE PATTERSON**

08 CV 5540

Neil M. Zipkin (NZ 4718)
Holly Pekowsky (HP 5034)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, New York 10016
(212) 336-8000
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

DAN-DEE INTERNATIONAL, LTD,

                Plaintiffs,

      v.

KB TOYS (US), INC., KB TOYS, INC., AND A &T INDUSTRIAL, INC.,

                Defendants.

------------------------------------x

Civil Action No.

RULE 7.1 CORPORATE DISCLOSURE STATEMENT

*RECEIVED JUN 19 2008 U.S.D.C. S.D.N.Y. CASHIERS*

## RULE 7.1 DISCLOSURE OF DAN-DEE INTERNATIONAL, LTD

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for the Plaintiff Dan-Dee International, Ltd hereby certifies that the following are the corporate parents and publicly held corporations owning ten percent (10%) or more of the stock of Dan-Dee International, Ltd: NONE

                Respectfully submitted,

                AMSTER, ROTHSTEIN & EBENSTEIN LLP
                Attorneys for Plaintiff
                90 Park Avenue
                New York, New York 10016
                (212) 336-8000

Dated: New York, New York
       June 11, 2008

By: _____
    Neil M. Zipkin (NZ 4718)
    Holly Pekowsky (HP 5034)

399291.1