**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DAN-DEE INTERNATIONAL, LTD,

           Plaintiff,

    -against-

KB TOYS (US), INC., KB TOYS, INC., AND A&T
INDUSTRIAL, INC.,

           Defendants.
-----------------------------------------------------------X

Case No. 08 CV 5540
(Judge Patterson)

AFFIDAVIT OF SERVICE

STATE OF GEORGIA    )
        S.S.:
COUNTY OF FULTON    )

_____, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action. That on the 2nd day of July, 2008, at approximately the time of _3:55 PM_, deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; INDIVIDUAL PRACTICE OF JUDGE ROBERT P. PATTERSON, JR.; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELLIS upon A&T INDUSTRIAL, INC. at 4215 Trotters Way, Alpharetta, GA, personally delivering and leaving the same with _Jin Lee_ who informed deponent that _he_ holds the position of _Authorized to Accept_ with that company and is authorized by appointment receive service at that address. _4215 Trotters Way, Alpharetta GA 30004_ _Jin Lee_ is a _Asin F_, approximately _30_ years of age, stands approximately _5_ feet _5_ inches tall, weighs approximately _130_ pounds with _Black_ hair.

PROCESS SERVER

Sworn to before me this
_7th_ day of July, 2008

NOTARY PUBLIC

(Notary seal: ADRIENNE LEWIS, NOTARY PUBLIC, GEORGIA, EXPIRES OCT. 25, 2010, DEKALB COUNTY)

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com