

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAN-DEE INTERNATIONAL, LTD,

      Plaintiff,

      -against-

KB TOYS (US), INC., KB TOYS, INC., AND A&T
INDUSTRIAL, INC.,

      Defendants.
------------------------------------------------------------X

Case No. 08 CV 5540
(Judge Patterson)

AFFIDAVIT OF SERVICE

STATE OF MASSACHUSETTS  )
      S.S.:
COUNTY OF BERKSHIRE  )

      JAMES M. KANE, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

      That on the 23rd day of June, 2008, at approximately the time of 2:40 PM, deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; INDIVIDUAL PRACTICES OF JUDGE ROBERT P. PATTERSON, JR.; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELLIS upon KB TOYS, INC. at 100 West Street, Pittsfield, MA, by personally delivering and leaving the same with COLLEEN McGRATH who informed deponent that she holds the position of Legal Agent with that company and is authorized by appointment to receive service at that address.

      COLLEEN McGRATH is a white male, approximately 40 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 160 pounds with brown hair.

*[signature]*
JAMES M. KANE, Constable

Sworn to before me this
3 day of July, 2008

*[signature]*
NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com