USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08

*PATTERSON, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

| | | |
|---|---|---|
| DAN-DEE INTERNATIONAL, LTD., | : | 08-CV-5540 (RP) (RLE) |
| Plaintiff, | : | WITHDRAWAL OF APPLICATION FOR CERTIFICATE OF DEFAULT |
| vs. | : | BY KB DEFENDANTS AND STIPULATION OF TIME TO FILE |
| KB TOYS (US), INC., KB TOYS, INC. AND AT&T INDUSTRIAL INC. | : | ANSWER OR OTHER RESPONSIVE PLEADING |
| Defendant. | : | |

------------------------------------x

Dan-Dee International, Ltd. ("Dan-Dee"), Plaintiff in this action, hereby withdraws its previously filed application for the Clerk of the Court to enter a Certificate of Default by Defendants KB Toys (US), Inc. and KB Toys, Inc. ("the KB Defendants").

Dan-Dee and the KB Defendants also hereby stipulate that the KB Defendants shall have until Friday, September 5, 2008 to file an answer or other responsive pleading in response to Dan-Dee's complaint in this action.

Respectfully submitted,

*/s/ David B. Bassett*
David B. Bassett (4496089)
Wilmer Cutler Pickering Hale & Dorr
399 Park Avenue
New York, NY 10022
(212) 230-8800
Attorneys for KB Toys (US), Inc. and KB Toys Inc.

*/s/ Neil Zipkin (DBB)*
Neil M. Zipkin (NZ 4718)
Holly Pekowsky (HP 5034)
AMSTER, ROTHSTEIN & BERNSTEIN LLP
90 Park Avenue
New York, NY 10016
(212) 336-8000
Attorneys for Dan-Dee International Ltd.

SO ORDERED:

*/s/ Robert P. Patterson*
U.S.D.J.
8/29/08

USIDOCS 6798889v1

## CERTIFICATE OF SERVICE

It is hereby certified that on the date below, the undersigned served a true and correct copy of the Withdrawal of Application for Certificate of Default by KB Defendants and Stipulation of Time to File Answer or other Responsive Pleading, by regular United State mails, postage prepaid upon each of the parties listed below:

Neil M. Zipkin (NZ 4718)
Holly Pekowsky (HP 5034)
AMSTER, ROTHSTEIN &
BERNSTEIN LLP
90 Park Avenue
New York, NY 10016
(212) 336-8000

Dated: New York, New York
August 28, 2008

David B. Bassett