UNITED STATES DISTRICT COURT
SOTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAN-DEE INTERNATIONAL, LTD., <br><br> Plaintiff, <br> v. <br><br> KB TOYS (US), INC., KB TOYS, INC., and A & T INDUSTRIAL, INC., <br><br> Defendants. | Civil Action No. 08-CV-5540 (RPP) |

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant KB Toys, Inc., by its undersigned counsel, makes the following disclosure:

KB Toys, Inc., is not a publicly held corporation. PKBT Funding LLC owns more than 10% of the Company, and KBTI Residual Trust owns 10% of the Company.

KB Toys (US), Inc., no longer exists by that name, but is now operating as KB Toys, Inc.

Respectfully submitted,

/s/ Nels T. Lippert
David B. Bassett
Nels T. Lippert
WILMER CUTLER PICKERING
    HALE AND DORR LLP
399 Park Avenue
New York, NY  10022
(212) 230-8800
David.Bassett@wilmerhale.com
Nels.Lippert@wilmerhale.com

Counsel for Defendants
KB Toys (US), Inc., and KB Toys, Inc.

Dated: September 5, 2008